UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:  2:13−cv−04191−R−MRW          Date:  9/23/2013

Title:  THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN ET AL V. HIROKIN PRODUCTIONS LLC

PRESENT: HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                Not Present

PROCEEDINGS:   ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution

THIS MATTER IS SET ON CALENDAR FOR A HEARING ON

October 7, 2013 at 11:00 AM FOR AN ORDER TO SHOW CAUSE

WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF

THE PLAINTIFF TO MOVE FOR DEFAULT JUDGMENT OF THE

DEFAULTED DEFENDANT.

PRESENCE OF THE PARTIES AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

MINUTES FORM II
CIVIL – GEN                                             Initials of Deputy Clerk:  wh